**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Interest of Bradley M., a Juvenile Under the Age of Seventeen, Appellant.

Appellate Case No. 2014-000391

Appeal From Horry County
Ronald R. Norton, Family Court Judge

Unpublished Opinion No. 2015-UP-226
Submitted March 1, 2015 – Filed May 6, 2015

**APPEAL DISMISSED**

Appellate Defender Lara M. Caudy, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, both of Columbia, for Respondent.

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and HUFF and WILLIAMS, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.